UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:22-cv-00453 |
| ) | |
| VIRGINIA DICKERHOOF, ) | |
| RACHAEL DICKERHOOF, and ) | |
| RENE DICKERHOOF, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF BANKERS LIFE AND CASUALTY COMPANY'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS AND FOR INJUNCTION**

Plaintiff, Bankers Life and Casualty Company ("Bankers Life"), by counsel, pursuant to 28 U.S.C. §§ 1335 and 2361 and Fed. R. Civ. P. 67, for its Motion for Leave to Deposit Interpleader Funds and for Injunction, states as follows:

1. Concurrent with the filing of this Motion, Bankers Life is filing its Complaint for Interpleader ("Complaint") in this matter.

2. Based on claims specified in the Complaint, Bankers Life cannot determine to whom the annuity and life insurance proceeds in the approximate sum of $70,458.99 (the "Disputed Proceeds") are properly payable, and justifiably fears exposure to multiple liability if it delivers the Disputed Proceeds to any of the Defendants.

3. Subject matter jurisdiction in this action is premised on 28 U.S.C. § 1335.

4. Bankers Life claims no interest in the Disputed Proceeds and is ready and willing and offers to deposit the Disputed Proceeds with the Court.

5. Bankers Life requests that the Court accept deposit of the Disputed Proceeds, plus interest as provided by law, and requests the Clerk of Court to place said funds in an interest-bearing account as allowed and provided by the Court Rules and applicable law.

6. Bankers Life further requests that the Court enter an order restraining the Defendants from instituting or prosecuting in any state or United States court any action or proceeding affecting the Disputed Proceeds.

WHEREFORE, the Plaintiff, Bankers Life and Casualty Company, by counsel, respectfully requests that the Court enter an order granting Bankers Life leave to deposit the Disputed Proceeds, plus interest as provided by law, with the Court until a determination of the rightfully entitled claimant(s) is made, and for all other relief just and proper in the premises.

Submitted this 9th day of December, 2022.

Respectfully submitted,

*/s/ Steven K. Huffer*
Steven K. Huffer (IN Bar No. 8459-49)
S.K. HUFFER & ASSOCIATES, P.C.
1919 Broad Ripple Avenue
Indianapolis, IN 46220
Telephone: (317) 564-4808
Facsimile: (317) 564-4812
Email: steveh@hufferlaw.com

*Attorney for Plaintiff,*
*Bankers Life and Casualty Company*