AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BANKERS LIFE AND CASUALTY COMPANY
    Plaintiff

v.    Civil Action No. 1:22-cv-453

VIRGINIA DICKERHOOF,

RACHAEL DICKERHOOF,

RENE DICKERHOOF
    Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED for lack of jurisdiction._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Holly A. Brady.

DATE:   January 30, 2023             CHANDA J. BERTA, ACTING CLERK OF COURT

                                         by   s/N. Long_____
                                              *Signature of Clerk or Deputy Clerk*